```
                                              FILED
                                        September 30, 2010
                                      CLERK, US DISTRICT COURT
                                      EASTERN DISTRICT OF
                                          CALIFORNIA
                                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>v.                                )<br>                                  )<br>WASHING CHEN,                     )<br>            Defendant.            )<br>_____) | Case No. MAG. 10-0290-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WASHING CHEN, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    _X_   Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The unsecured bond paperwork is to be filed by 10/12/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   09-30-10   at  4:11 pm

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge