**FILED**

OCT 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY

1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
   Orangevale, CA 95662
3  Telephone: (916) 989-9226

4  Attorney for Defendant
   WASHING CHEN
5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,    )    Mag. 10-290-KJN
12                              )
              Plaintiff,        )
13                              )    STIPULATION AND [~~PROPOSED~~]
     v.                         )    ORDER TO EXTEND TIME TO POST
14                              )    UNSECURED BOND
   WASHING CHEN,                )
15                              )
                                )
16            Defendant.        )
17   _____)

18       On September 30, 2010, the Honorable Edmund F. Brennan ordered Mr.

19  Washing Chen and Winnie Chen released on a $100,000.00 unsecured bond

20  to be posted on October 12, 2010.  The Chen's live in Seattle and

21  require additional time for the parties to mail the Unsecured Bond to

22  Attorney, Carl Larson.  Accordingly, the parties agree that the

23  deadline for posting the unsecured bond may be extended one additional

24  week, to October 18, 2010.  This office has contacted Todd Leras of the

25

26  / / /

27  / / /

28

1  U.S. Attorneys Office and they have no objection to this request.

2  Dated:   October 12, 2010

3                              Respectfully submitted,

4  BENJAMIN B. WAGNER
5  United States Attorney

6
   /s/ Carl Larson   for              /s/ Carl Larson
7  _____        _____
   TODD LERAS
8  Assistant U.S. Attorney          Assistant Federal Defender
9  Attorney for United States       Attorney for WASHING CHEN

10

11

12                          **O R D E R**

13

14 **IT IS SO ORDERED.**

15 Dated: October _12_, 2010

16

17                        _Dale A. Dzd_
18                   _____
                      HONORABLE  DALE  A.  DROZD
19

20

21

22

23

24

25

26

27

28                              2